UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAMIAN WILDER,

       Plaintiff,                                Case No: 1:15-cv-161

v.                                                  HON. JANET T. NEFF

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

_____/

## ORDER

Plaintiff seeks judicial review of a decision of the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on October 13, 2015, recommending that the Commissioner's decision be reversed and this matter remanded for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g). The Report and Recommendation was duly served on the parties. No objections have been filed. See 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 20) is APPROVED and ADOPTED as the Opinion of the Court and the decision of the Commissioner of Social Security is REVERSED and this matter is REMANDED for further factual findings pursuant to sentence four of 42 U.S.C. § 405(g).

A Judgment will be entered consistent with this Order.

Dated: November 2, 2015                          /s/ Janet T. Neff
                                                            JANET T. NEFF
                                                             United States District Judge